No. 90–7574. BUCKLEY *v.* FITZSIMMONS ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case re-

801

manded for further consideration in light of *Burns* v. *Reed*, 500 U. S. 478 (1991).